EDWARD W. BROWN et al., Respondents, *v.* RETSOF MINING COMPANY, Appellant.　(Actions Nos. 1 and 2 consolidated and No. 3.)

*Brown* v. *Retsof Mining Co. (Nos. 1 & 2),* 109 App. Div. 150, appeal dismissed.

*Brown* v. *Retsof Mining Co. (No. 3),* 112 App. Div. 887, appeal dismissed. (Submitted June 18, 1906; decided June 21, 1906.)

MOTION to dismiss appeals from judgments of the Appellate Division of the Supreme Court in the second judicial department, entered in actions Nos. 1 and 2 on November 28, 1905, and in action No. 3 on March 9, 1906, which affirmed judgments in favor of plaintiffs entered upon decisions of the court at Trial Terms without juries in actions to recover on contracts.

The motion was made upon the ground that the judgments are not appealable to the Court of Appeals under subdivision 2 of section 191 of the Code of Civil Procedure.

*John A. Garver* for motion.

*William H. Page, Jr.,* and *Henry B. Twombly* opposed.

Motion granted and appeals dismissed, with costs and ten dollars costs of motion.

SELDEN S. BROWN et al., Appellants, *v.* JOHN McKIE, as Tax Collector in the Town of Gates, Respondent.

(Submitted June 18, 1906; decided June 21, 1906.)

Motion for re-argument denied, with ten dollars costs.　(See 185 N. Y. 303.)

WILLIAM J. ROCHE, Individually and as Executor of HENRY T. NASON, Deceased, Respondent, *v.* PAUL FORD NASON et al., Appellants, et al., Respondents.

(Submitted June 18, 1906; decided June 21, 1906.)

Motion for re-argument denied, with ten dollars costs.　(See 185 N. Y. 128.)